UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., COLORADO HOME CARE, INC., and POTOMAC HOME HEALTH CARE, INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, Department of Health and Human Services,<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE UNDER LCvR 7.1**

We, the undersigned, counsel of record for Plaintiffs, certify that to the best of our knowledge and belief, neither Plaintiff has any parent companies, subsidiaries, or affiliates, which have any outstanding securities in the hands of the public.

(1) Erwine's Home Health Care, Inc. is a wholly owned subsidiary of Deaconess Homecare, Inc., which is a wholly owned subsidiary of Deaconess Enterprises, Inc., which is a wholly owned subsidiary of Deaconess Associates, Inc., a 501(c)(3) entity. None of these entities is publicly traded.

(2) Colorado Home Care, Inc. is a proprietary corporation organized and existing under the laws of the State of Colorado. Colorado Home Care, Inc. is a family-owned corporation and is not publicly traded. It also has no parent or subsidiary corporation that is publicly traded.

(3) Potomac Home Health Care, Inc. is entirely owned and operated by a joint venture of Sibley Hospital and Suburban Hospital. None of these entities is publicly traded.

Attorneys of Record

*/s/ Allen [signature]*

Joel M. Hamme (D.C. Bar No. 219170)
Adam H. Greene (D.C. Bar No. 470179)
Powers, Pyles, Sutter & Verville, P.C.
1875 Eye Street, NW, 12th Floor
Washington, DC 20006-5409
(202) 466-6550