IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERWINE'S HOME HEALTH CARE, INC., | ) | |
| COLORADO HOME CARE, INC., and | ) | |
| POTOMAC HOME HEALTH CARE, INC., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | 1:05-cv-02441-ESH |
| Department of Health and Human Services, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW Joel M. Hamme, pursuant to Local Civil Rule ("LCvR") 83.2(d) of the United States District Court for the District of Columbia, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate <u>pro hac vice</u> (for this case only) on behalf of Plaintiffs, pending movant's admission to practice before this Court. Movant's declaration is attached hereto.  As required by LCvR 83.2(d), this motion is signed by a sponsoring member of the Bar of this Court who is also co-counsel in the above-captioned case.

THEREFORE, movant respectfully requests permission to appear of record and participate <u>pro hac vice</u> before the United States District Court for the District of Columbia.

Respectfully submitted,

_____
Adam H. Greene (D.C. Bar 475179)
Powers, Pyles, Sutter & Verville, P.C.
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
(202) 466-6550

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2005, a true and accurate copy of the foregoing

Motion to Appear <u>Pro Hac Vice</u>, including movant's declaration and a proposed order, were

served by depositing same with the U.S. Postal Service, first class, postage prepaid, addressed to

the following:

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, SW
Room 615F
Washington, DC 20201

United States Attorney
Civil Division
501 3rd Street, NW
Washington, DC 20530

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Defendant*

_/s/_____
Adam. H. Greene