IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERWINE'S HOME HEALTH CARE, INC., )
COLORADO HOME CARE, INC., and  )
POTOMAC HOME HEALTH CARE, INC., )
                                )
            Plaintiffs,         )
                                )
      v.                        )   Civil Action No.
                                )
MICHAEL O. LEAVITT, Secretary,  )   1:05-cv-02441-ESH
Department of Health and Human Services, )
                                )
            Defendant.          )
_____)

## DECLARATION OF JOEL M. HAMME

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I declare that:

(1)  My full name is Joel Michael Hamme.

(2)  My office address and telephone number are:

   Powers, Pyles, Sutter & Verville, P.C.
   1875 Eye Street, NW
   12th Floor
   Washington, DC 20006-5409
   (202) 466-6550.

(3)  I am a member of the bars of, and am licensed to practice in, the Commonwealth of Pennsylvania (Bar No. 17177) and the District of Columbia (Bar No. 219170). I am also a member of the bar of various federal courts, including – but not limited to – the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia Circuit, and the United States Courts of Appeals for the Third, Fourth, Sixth, and Seventh Circuits. Prior to

1989, I was admitted as a member of the bar of this Court, but did not reapply when the renewal rules were changed at that time.

(4)     I certify that I have never been sanctioned or disciplined by any bar or court.

(5)     I have not previously been admitted pro hac vice in this Court.

(6)     As noted above, I engage in the practice of law in an office in the District of Columbia and am a member of the District of Columbia bar.

In addition, I will be submitting an application for admission to the bar of this Court, but seek pro hac vice status for this case only while that application is prepared and pending.

Respectfully submitted,

_____
Joel M. Hamme (D.C. Bar 219170)
Powers, Pyles, Sutter & Verville, P.C.
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
(202) 466-6550