IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., )<br>COLORADO HOME CARE, INC., and )<br>POTOMAC HOME HEALTH CARE, INC., )<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Department of Health and Human Services, )<br>)<br>    Defendant. )<br>_____) | Civil Action No.<br><br>1:05-cv-02441-ESH |

ORDER

  IT IS ORDERED that Movant Joel M. Hamme, of Powers, Pyles, Sutter & Verville, PC, 1875 Eye Street, NW, 12th Floor, Washington, DC 20006-5409; Telephone: (202) 466-6550; Facsimile (202) 785-1756, is admitted to practice pro hac vice (for this case only) before the United States District Court for the District of Columbia, as attorney for Plaintiffs.

**SO ORDERED:**

_____
United States District Judge

Dated: December \_\_\_, 2005

Copies to:

Joel M. Hamme
Adam H. Greene
Powers, Pyles, Sutter & Verville, PC
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409

Michael O. Leavitt, Secretary
Department of Health and Human Services
200 Independence Avenue, SW
Room 615F
Washington, DC 20201

United States Attorney
Civil Division
501 3rd Street, NW
Washington, DC 20530

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530