## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC.<br>270 Pierce Street, Suite 208<br>Kingston, Pennsylvania 18704<br><br>COLORADO HOME CARE, INC.<br>700 Ken Pratt Boulevard<br>Longmont, Colorado  80501, and<br><br>POTOMAC HOME HEALTH CARE, INC.<br>60001 Montrose Road, Suite 307<br>Rockville, Maryland  20852,<br><br>          Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>          Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-CV-02441 (ESH) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372