## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC.<br>270 Pierce Street, Suite 208<br>Kingston, Pennsylvania 18704<br><br>COLORADO HOME CARE, INC.<br>700 Ken Pratt Boulevard<br>Longmont, Colorado 80501, and<br><br>POTOMAC HOME HEALTH CARE, INC.<br>60001 Montrose Road, Suite 307<br>Rockville, Maryland 20852,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>    Defendant. | Civil Action No. 05-2441 (ESH) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, up to and including April 28, 2006, within which to respond to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Agency counsel has not yet received the administrative record in this case, and has been advised by the Attorney Advisor for the Centers for Medicare & Medicaid Services (CMS), the official responsible for compiling the record, that it will not be available for several weeks.

4. Accordingly, Defendant's counsel will need additional time to adequately review the record and consult with her client before an appropriate response to Plaintiff's Complaint can be submitted.

5. The Secretary's response to Plaintiff's Complaint is currently due by February 27, 2006. Fed. R. Civ. P. 12(a)(3). In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including April 28, 2006, within which to respond to the Complaint.

6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

7. Pursuant to Local Civil Rule 7(m), on February 8, 2006, agency counsel conferred with counsel for Plaintiff via telephone. Plaintiff's counsel stated that Plaintiff has no objection to the requested relief.

9. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                             Respectfully submitted,

                                             /s/
                                           KENNETH L. WAINSTEIN
                                           United States Attorney
                                           D.C. Bar No. 451058

                                           /s/
                                           PETER S. SMITH
                                           Assistant United States Attorney
                                           D.C. Bar No. 465131
                                           Civil Division
                                           555 4th Street, N.W.
                                           Washington, D.C.  20530
                                           (202) 307-0372/FAX: (202) 514-8780

                                           /s/
                                           JAN M. LUNDELIUS
                                           Assistant Regional Counsel
                                           U.S. Department of Health and Human Services
                                           Office of the General Counsel
                                           Suite 418, The Public Ledger Building
                                           150 South Independence Mall West
                                           Philadelphia, Pennsylvania 19106
                                           (215) 861-4463/FAX: (215) 861-4462

OF COUNSEL:

PAULA M. STANNARD
 Acting General Counsel
JAMES C. NEWMAN
 Chief Counsel
  United States Department of
  Health and Human Services