## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC. )<br>270 Pierce Street, Suite 208 )<br>Kingston, Pennsylvania 18704 )<br>)<br>COLORADO HOME CARE, INC. )<br>700 Ken Pratt Boulevard )<br>Longmont, Colorado  80501, and )<br>)<br>POTOMAC HOME HEALTH CARE, INC. )<br>60001 Montrose Road, Suite 307 )<br>Rockville, Maryland  20852, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and )<br>Human Services, )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201, )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 05-2441 (ESH) |

### **ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of February, 2006, it is

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before April 28, 2006.

Dated:

_____
UNITED STATES DISTRICT JUDGE