# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ERWINE'S HOME HEALTH CARE, INC, )
ET AL., )
                                )
          Plaintiffs, )
                                )
         v. )         Civ. Action No. 1:05-02441 (ESH)
                                )
MICHAEL O. LEAVITT, )
Secretary, United States Department of )
Health and Human Services, )
                                )
         Defendant. )

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health

and Human Services, hereby files the attached administrative record in the above-captioned

action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has

been filed and served in hard copy only.

Respectfully submitted,

s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/

PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of

Administrative Record with attached Administrative Record has been shipped by Federal

Express, this 17th day of March, 2006, addressed to:

Joel M. Hamme
POWERS, PYLES, SUTTER & VERVILLE, PC
1875 I Street, NW
Washington, DC 20006-5409

Peter S. Smith
Assistant United States Attorney