UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., COLORADO HOME CARE, INC., and POTOMAC HOME HEALTH CARE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL O. LEAVITT, Secretary, Department Health and Human Services, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CA No. 1:05CV02441 ESH |

## AFFIDAVIT OF MAILING

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant, United States Attorney General, U.S. Department of Justice, by certified mail, return receipt requested, at 950 Pennsylvania Avenue, NW, Washington, DC, on December 28, 2005.

Denise A. Jones
Powers, Pyles, Sutter & Verville, P.C.
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
(202) 466-6550

{D0102533.DOC}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., COLORADO HOME CARE, INC., and POTOMAC HOME HEALTH CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, Department Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) CA No.: 1:05CV02441 ESH ) ) ) ) ) ) ) ) |

## ATTACHMENT

[Image of USPS PS Form 3811 Domestic Return Receipt, addressed to: United States Attorney General, US Dept. of Justice, 950 Pennsylvania Ave NW, Wash DC 20530. Article Number: 7004 0550 0000 9116 9681. Certified Mail, Return Receipt for Merchandise.]

{D0102533.DOC}