UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERWINE'S HOME HEALTH CARE, INC.,
COLORADO HOME CARE, INC., and
POTOMAC HOME HEALTH CARE, INC.,

        Plaintiffs,      )

        v.                                    CA No. 1:05CV02441 ESH

MICHAEL O. LEAVITT, Secretary,  )
Department Health and Human     )
  Services,                           )
                                      )

        Defendant.

## AFFIDAVIT OF MAILING

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant, Michael Leavitt, Secretary, Department of Health and Human Services, by certified mail, return receipt requested, at 200 Independence Avenue, SW, Room 615F, Washington, DC on December 30, 2005.

                                                  _____
                                                  Denise A. Jones
                                                  Powers, Pyles, Sutter & Verville, P.C.
                                                  1875 Eye Street, NW
                                                  12th Floor
                                                  Washington, DC 20006-5409
                                                  (202) 466-6550

{D0102533.DOC 1}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., <br> COLORADO HOME CARE, INC., and <br> POTOMAC HOME HEALTH CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, <br> Department Health and Human <br> Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CA No. 1:05CV02441 ESH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ATTACHMENT

[Domestic Return Receipt (PS Form 3811) — Article Addressed to: Michael Leavitt, Secretary, US Dept HHS, 200 Independence Ave SW, Rm 615 F, Washington DC. Received by: Lawrence. Date of Delivery: 12-30-05. Service Type: Certified Mail, Return Receipt for Merchandise. Article Number: 7004 0550 0000 9116 9698.]

{D0102533.DOC / 1}