UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERWINE'S HOME HEALTH CARE, INC., )
COLORADO HOME CARE, INC., and )
POTOMAC HOME HEALTH CARE, INC., )
)
    Plaintiffs, )
)
    v. )    CA No.: 1:05CV02441 ESH
)
MICHAEL O. LEAVITT, Secretary, )
Department Health and Human )
  Services, )
)
    Defendant. )

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that I am not a party to this action, that I am not less than 18 years of age, and that the summons and complaint in this case were served upon defendant, United States Attorney, by hand delivery at Judiciary Center, 555 4th Street, NW, Washington, DC, on December 21, 2005

*Denise A. Jones* (signature)

Denise A. Jones
Powers, Pyles, Sutter & Verville, P.C.
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
(202) 466-6550

{D0102533.DOC / 1}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERWINE'S HOME HEALTH CARE, INC., COLORADO HOME CARE, INC., and POTOMAC HOME HEALTH CARE, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CA No.: 1:05CV02441 ESH |
| MICHAEL O. LEAVITT, Secretary, Department Health and Human Services, | ) ) ) | |
| Defendant. | ) | |

## ATTACHMENT

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 05-2441
and/or Document(s) Erwine v. Leavitt
v. _____
BY: Brenda Jones
Title: Civil Lit Asst.
Date: December 21, 2005

{D0102533.DOC}