UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC.<br>270 Pierce Street, Suite 208<br>Kingston, Pennsylvania 18704<br><br>COLORADO HOME CARE, INC.<br>700 Ken Pratt Boulevard<br>Longmont, Colorado 80501, and<br><br>POTOMAC HOME HEALTH CARE, INC.<br>6001 Montrose Road, Suite 307<br>Rockville, Maryland 20852,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>        Defendant. | Civil Action No. 05-2441 (ESH) |

**CONSENT MOTION FOR ENTRY OF BRIEFING SCHEDULE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 7(b), Defendant Michael O. Leavitt, Secretary of Health and Human Services, hereby moves the Court for entry of an agreed-upon briefing schedule in this Administrative Procedure Act (APA) case. Defendant requests that the Court enter a schedule whereby Plaintiff's summary judgment motion would be due by July 24, 2006; Defendant's cross-motion and opposition would be due by September 22, 2006; Plaintiff's opposition and reply would be due by November 5, 2006, and Defendant's reply would be due by December 20, 2006.

In support of this Motion, Defendant states as follows:

1.  This case is brought under the APA, 5 U.S.C. § 551 et seq., challenging a decision

of the Secretary denying Medicare reimbursement for certain physical therapy costs incurred by home health agencies owned and operated by the Plaintiff.  (Complaint, paragraphs 1 and 2). Defendant's Answer was filed on April 28, 2006.  Document No. 12.

     2.     Pursuant to LCvR 7(m), agency counsel conferred with Plaintiff's counsel between May 1 and May 4, 2006.  Counsel for Plaintiff agreed that this case is suitable for resolution on cross-motions for summary judgment, agreed to the above schedule, and authorized agency counsel to inform the court of the parties' agreement.

     3.     The parties will be exploring settlement before proceeding with dispositive motions.

     4.     If the parties are unable to resolve the question of whether there will be a settlement before the proposed briefing schedule begins, they will file a request with the Court to alter and delay the schedule as necessary.

<u>Conclusion</u>

Defendant respectfully requests that the Court enter the briefing schedule set forth in the attached proposed order.

                Respectfully submitted,

                /s/

                _____
                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                United States Attorney

                /s/

                _____
                PETER S. SMITH, D.C. BAR # 465131
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W.,
                Washington, D.C. 20530
                (202) 307-0372


                JAN M. LUNDELIUS
                Assistant Regional Counsel
                U.S. Department of Health and Human Services
                Office of the General Counsel
                Suite 418, The Public Ledger Building
                150 S. Independence Mall West
                Philadelphia, Pennsylvania 19106
                (215) 861-4463

OF COUNSEL:

    Paula M. Stannard
        Acting General Counsel
    James C. Newman
        Chief Counsel
    Office of the General Counsel
    Department of Health and Human Services