**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., ) | |
| ) | |
| COLORADO HOME CARE, INC.,        ) | |
| ) | |
| POTOMAC HOME HEALTH CARE, INC.,) | |
| ) | |
| Plaintiffs,        ) | |
| ) | |
| v.              ) | Civil Action No. 05-2441 (ESH) |
| ) | |
| MICHAEL O. LEAVITT,           ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Briefing Schedule, it is hereby

ORDERED that the parties comply with the following schedule:

| | |
|---|---|
| July 24, 2006 | Plaintiff's Motion for Summary Judgment |
| September 22, 2006 | Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment |
| November 5, 2006 | Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Plaintiff's Motion for Summary Judgment |
| December 20, 2006 | Defendant's Reply to its Cross-Motion for Summary Judgment |

SO ORDERED.

_____
United States District Judge