UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERWINE'S HOME HEALTH CARE, INC. et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CA No.: 1:05-cv-2441 |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF WITHDRAWAL

     Please take notice that Adam H. Greene is withdrawing as co-counsel for Plaintiffs in the above-captioned matter. Joel Hamme and Larry Gondelman will continue as counsel for Plaintiffs in this case.

June 23, 2006
Date

                             Adam H. Greene
(D.C. Bar No. 475179)
Powers Pyles Sutter & Verille, P.C.
1875 Eye Street, N.W.
Twelfth Floor
Washington, D.C. 20006-5409

{D0111233.DOC / 1}