UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERWINE'S HOME HEALTH CARE, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CA No.: 1:05-cv-2441 (ESH) |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

CONSENT MOTION FOR ENTRY OF REVISED BRIEFING SCHEDULE

Pursuant to LCvR 7(m) and LCvR 16.4(a), Plaintiffs' counsel and Defendant's counsel conferred and have agreed that, due to ongoing but unresolved settlement discussions between the parties, this Court's scheduling order of May 8, 2006, should be revised. To allow sufficient time for such discussions to conclude, the parties believe that the due dates of various summary judgment filings should be moved back two weeks. Defendant's final submission would be moved back four weeks due to the holiday and New Year's season. Accordingly, consistent with paragraph 4 of the original consent motion on the briefing schedule and for good cause, Plaintiffs move to revise the briefing schedule.

In support of this Motion, Plaintiffs state that:

(1) The parties have been engaged in good faith settlement discussions.

(2) Those settlement discussions have not concluded.

(3) The parties desire to ensure that such discussions are completed before either party is required to undertake the time and expense of preparing dispositive motions. The parties concur that the briefing schedule should be revised accordingly.

(4) Moreover, even if some, but not all, of the Plaintiffs were to settle, it would change the manner in which any ensuing dispositive motions would be prepared.

## Conclusion

Plaintiffs respectfully request that the Court enter the revised briefing schedule set forth in the attached proposed order.

Respectfully submitted,

/s/
Larry S. Gondelman
(D.C. Bar No. 950691)
Joel M. Hamme
(D.C. Bar No. 219170)
POWERS PYLES SUTTER & VERVILLE, P.C.
1875 Eye Street, NW
Twelfth Floor
Washington, DC 20006-5409
(202) 466-6550

Counsel for Plaintiffs

Dated: July 17, 2006