UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CA No.: 1:05-cv-2441 (ESH) ) |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) |

ORDER

Upon consideration of Plaintiffs' Consent Motion For Entry Of Revised Briefing Schedule, it is hereby ORDERED that the parties comply with the following revised schedule:

| | |
|---|---|
| August 7, 2006 | Plaintiffs' Motion for Summary Judgment |
| October 6, 2006 | Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| November 20, 2006 | Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| January 17, 2006 | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. |

SO ORDERED.

_____
United States District Judge