UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., <u>et al.</u>, )<br>   Plaintiffs,       )<br>              )<br>   v.           )<br>              )<br>MICHAEL O. LEAVITT,    )<br>Secretary, United States Department of )<br>Health and Human Services,    )<br>              )<br>   Defendant.       )  | Civ. Action No. 1:05-2441 (ESH)<br>ECF |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

  Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached supplemental materials, which were inadvertently omitted from the administrative record in the above-captioned action. Both this record and the entire filing exceed 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

               Respectfully submitted,

                 s/

               KENNETH L. WAINSTEIN, D.C. BAR # 451058
               United States Attorney

                 s/

               MEGAN L. ROSE, NC Bar # 28639
               Assistant United States Attorney
               Judiciary Center Building
               555 Fourth Street, N.W.
               Washington, D.C. 20530
               (202) 514-7220
               (202) 514-8780 (fax)
               Megan.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been hand delivered by City Express, this 20th day of July, 2006, addressed to:

>Joel M. Hamme
>POWERS, PYLES, SUTTER & VERVILLE, PC
>1875 I Street, NW
>Washington, DC 20006-5409

s/
_____
Megan L. Rose
Assistant United States Attorney