IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC., COLORADO HOME CARE, INC., and POTOMAC HOME HEALTH CARE, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services,<br><br>        Defendant. | Civil Action No. 05-2441 (ESH)<br><br>Judge Ellen Segal Huvelle |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7(h) and 56.1 of the Local Civil Rules of the United States District Court for the District of Columbia, the Plaintiffs, Erwine's Home Health Care, Inc. ("Erwine's"), Colorado Home Care, Inc. ("CHC"), and Potomac Home Health Care, Inc. ("PHHC") move for summary judgment in the above-captioned case. In support of their motion, Erwine's, CHC, and PHHC aver that, as demonstrated in the accompanying "Plaintiffs' Statement Of Material Facts Not In Dispute" and "Brief In Support Of Plaintiffs' Motion For Summary Judgment":

    (1)    There are no material facts in dispute.

    (2)    Erwine's, CHC, and PHHC are entitled to summary judgment as a matter of law. See 42 U.S.C. § 1395oo(f)(1); 5 U.S.C. § 706.

Accordingly, this Court should grant summary judgment in Plaintiffs' favor, should deny the Defendant's motion for summary judgment, should reverse the Defendant's final administrative decisions in this case, and should award Plaintiffs interest and costs. The Court

should also authorize Plaintiffs to apply for an award of attorneys' fees pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504.

Respectfully submitted,

　　　/s/ Joel M. Hamme (with consent)　　
Joel M. Hamme (D.C. Bar 219170)
Larry S. Gondelman (D.C. Bar 950691)
POWERS, PYLES, SUTTER & VERVILLE, PC
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
(202) 466-6550

Attorneys for Plaintiffs

Dated:  August 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, I electronically filed Plaintiffs' Motion For Summary Judgment thereto with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following counsel for the Defendant:

　　Megan Lindholm Rose, Esq. – megan.rose@usdoj.gov
　　Alan Burch, Esq. – alan.burch@usdoj.gov

　　　/s/ Joel M. Hamme　　　　
Joel M. Hamme
