IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ERWINE'S HOME HEALTH CARE, INC.,            )
COLORADO HOME CARE, INC., and               )
POTOMAC HOME HEALTH CARE, INC.,             )
                                            )
            Plaintiffs,                     )   Civil Action No. 05-2441 (ESH)
                                            )
      v.                                    )   Judge Ellen Segal Huvelle
                                            )
MICHAEL O. LEAVITT, Secretary,              )
Department of Health and Human Services,    )
                                            )
            Defendant.                      )
_____)

ORDER

Having reviewed the parties' various pleadings relating to their respective motions for summary judgment in the above-captioned case, heard oral argument, and determined that there are no material facts in dispute and that Plaintiffs are entitled to summary judgment as a matter of law, it is this _____ day of _____, ORDERED that:

(1)   Plaintiffs' motion for summary judgment is hereby granted;

(2)   Defendant's motion for summary judgment is denied;

(3)   Defendant's October 24, 2005, October 24, 2005, and November 22, 2005 decisions applying the Salary Equivalency Guidelines to the employee physical therapists of Erwine's Home Health Care, Inc., Colorado Home Care, Inc., and Potomac Home Health Care, Inc., respectively, are reversed as arbitrary, capricious, and contrary to law;

(4)   Plaintiffs, as the prevailing parties, shall recover their costs and interest in accordance with 42 U.S.C. § 1395oo(f)(2); and

{D0116620.DOC / 1}

(5) If and when this Order becomes final and non-appealable, Plaintiffs may apply for an award of attorneys' fees pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504. This authorization does not constitute a determination, at this juncture, that such fees should be awarded. See 5 U.S.C. § 504(a).

_____
Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE

Copies to:

Megan Lindholm Rose, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20001
megan.rose@usdoj.gov

Alan Burch, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20001
alan.burch@usdoj.gov

Joel M. Hamme, Esq.
Larry S. Gondelman, Esq.
Powers, Pyles, Sutter & Verville, PC
1875 Eye Street, NW
12th Floor
Washington, DC 20006-5409
joel.hamme@ppsv.com
larry.gondelman@ppsv.com