UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC. )<br>270 Pierce Street, Suite 208 )<br>Kingston, Pennsylvania 18704 )<br>  )<br>COLORADO HOME CARE, INC. )<br>700 Ken Pratt Boulevard )<br>Longmont, Colorado  80501, and )<br>  )<br>POTOMAC HOME HEALTH CARE, INC. )<br>60001 Montrose Road, Suite 307 )<br>Rockville, Maryland  20852, )<br>  )<br>           Plaintiffs, )<br>  )<br>      v. )<br>  )<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and )<br>Human Services, )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201, )<br>  )<br>           Defendant. )<br>_____) | Civil Action No. 05-CV-02441 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE HIS MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including November 6, 2006, within which to file his Motion for Summary Judgment and supporting brief.

1. The Parties are presently in the process of completing settlement negotiations. The successful completion of these negotiations would obviate the need for further briefing in this matter.

2. The Secretary's Motion for Summary Judgment is currently due October 6, 2006.

3. This is the first enlargement of time sought for Defendant's Motion for Summary Judgment. If granted, the parties have agreed that the case's remaining briefing schedule should be modified as follows:

| | |
|---|---|
| Plaintiffs' Response Brief | December 20, 2006 |
| Defendant's Reply Brief | February 6, 2007 |

4. On September 27, 2006, agency counsel conferred with Joel M. Hamme, Esquire, counsel to Plaintiffs, via electronic mail. Mr. Hamme agrees to the extension requested by this motion, and the resultant modifications to the briefing schedule.

5. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

                                                  /s/
                                  JAN. M. LUNDELIUS
                                  Assistant Regional Counsel
                                  U.S. Department of Health and Human Services
                                  Office of the General Counsel
                                  Suite 418, The Public Ledger Building
                                  150 South Independence Mall West
                                  Philadelphia, Pennsylvania 19106
                                  (215) 861-4463/FAX: (215) 861-4462

OF COUNSEL:

DANIEL MERON
    General Counsel
JAMES C. NEWMAN
    Chief Counsel
    United States Department of
    Health and Human Services