# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC. )<br>270 Pierce Street, Suite 208  )<br>Kingston, Pennsylvania 18704  )<br>  )<br>COLORADO HOME CARE, INC.  )<br>700 Ken Pratt Boulevard  )<br>Longmont, Colorado  80501, and  )<br>  )<br>POTOMAC HOME HEALTH CARE, INC. )<br>6001 Montrose Road, Suite 307  )<br>Rockville, Maryland  20852,  )<br>  )<br>       Plaintiffs,  )<br>  )<br>       v.  )<br>  )<br>MICHAEL O. LEAVITT,  )<br>Secretary of Health and  )<br>Human Services,  )<br>200 Independence Avenue, S.W.  )<br>Washington, D.C. 20201,  )<br>  )<br>       Defendant.  )<br>_____ ) | Civil Action No. 05-CV-02441 (ESH) |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ORDERED

that the parties comply with the following schedule:

| | |
|---|---|
| November 6, 2006 | Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| December 20, 2006 | Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. |
| February 2, 2007 | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. |

SO ORDERED.

_____
United States District Judge