UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC. )<br>270 Pierce Street, Suite 208            )<br>Kingston, Pennsylvania 18704        )<br>                                                          )<br>COLORADO HOME CARE, INC.   )<br>700 Ken Pratt Boulevard                   )<br>Longmont, Colorado  80501, and   )<br>                                                          )<br>POTOMAC HOME HEALTH CARE, INC. )<br>60001 Montrose Road, Suite 307    )<br>Rockville, Maryland  20852,            )<br>                                                          )<br>              Plaintiffs,                         )<br>                                                          )<br>    v.                                                  )<br>                                                          )<br>MICHAEL O. LEAVITT,                    )<br>Secretary of Health and                    )<br>Human Services,                               )<br>200 Independence Avenue, S.W.  )<br>Washington, D.C. 20201,                )<br>                                                          )<br>              Defendant.                        )<br>_____) | Civil Action No. 05-CV-02441 (ESH) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE HIS MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including December 8, 2006, within which to file his Motion for Summary Judgment and supporting brief.

1.  The Parties are presently in the process of finalizing settlement agreements between the Secretary and each of the plaintiffs.  The parties expect that the execution of these settlement agreements will obviate the need for further briefing in this matter.

2. The Secretary's Motion for Summary Judgment is currently due by November 6, 2006.

3. This is the second enlargement of time sought for Defendant's Motion for Summary Judgment. If granted, the parties have agreed that the case's remaining briefing schedule should be modified as follows:

| | |
|---|---|
| Plaintiffs' Response Brief | January 16, 2007 |
| Defendant's Reply Brief | February 14, 2007 |

4. Agency counsel conferred with Joel M. Hamme, Esquire, counsel for Plaintiffs, via electronic mail, and he stated that he concurs with this request and the resultant modifications to the briefing schedule.

5. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372/FAX: (202) 514-8780

                                                /s/
                                      JAN. M. LUNDELIUS
Assistant Regional Counsel
U.S. Department of Health and Human Services
Office of the General Counsel
Suite 418, The Public Ledger Building
150 South Independence Mall West
Philadelphia, Pennsylvania 19106
(215) 861-4463/FAX: (215) 861-4462

OF COUNSEL:

DANIEL MERON
    General Counsel
JAMES C. NEWMAN
    Chief Counsel
    United States Department of
    Health and Human Services