UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWINE'S HOME HEALTH CARE, INC. )<br>270 Pierce Street, Suite 208            )<br>Kingston, Pennsylvania 18704         )<br>                                                             )<br>COLORADO HOME CARE, INC.      )<br>700 Ken Pratt Boulevard                  )<br>Longmont, Colorado 80501, and   )<br>                                                             )<br>POTOMAC HOME HEALTH CARE, INC. )<br>6001 Montrose Road, Suite 307      )<br>Rockville, Maryland 20852,             )<br>                                                             )<br>           Plaintiffs,                              )<br>                                                             )<br>     v.                                                    )<br>                                                             )<br>MICHAEL O. LEAVITT,                    )<br>Secretary of Health and                    )<br>Human Services,                              )<br>200 Independence Avenue, S.W.  )<br>Washington, D.C. 20201,                 )<br>                                                             )<br>           Defendant.                            )<br>_____ ) | Civil Action No. 05-CV-02441 (ESH) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ORDERED

that the parties comply with the following schedule:

| | |
|---|---|
| December 8, 2006 | Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| January 16, 2007 | Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. |
| February 14, 2007 | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. |

SO ORDERED.

                                                                                         _____
                                                                                         United States District Judge